TYLER E. BAKER (New Jersey Bar No. 44392011)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: (212) 653.8700
Email: tbaker@sheppardmullin.com
*Attorneys for Plaintiff Sidewinder Films, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| SIDEWINDER FILMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SIDEWINDER FILMS, LLC,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 19-13992-NLH-AMD<br><br>**NOTICE OF SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES IN CONNECTION WITH MOTION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT**<br><br>Motion Day:  December 5, 2022 |

**PLEASE TAKE NOTICE** that, on December 5, 2022 at 9:00 a.m., or as soon thereafter as counsel may be heard, plaintiff Sidewinder Films, LLC ("Plaintiff"), by and through its undersigned counsel, shall move before the above-named Court for an award for Plaintiff's requested attorneys' fees incurred in prosecution of this action, pursuant to the Court's October 11, 2022 ORDER and PERMANENT INJUNCTION [D.I. 41] (and related October 11, 2022 OPINION [D.I. 40]), Fed. R. Civ. P. 54(d)(2), Local Civil Rule 54.2, and 15 U.S.C. § 1117.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff shall rely upon the enclosed Memorandum of Law and Supplemental Declaration of Tyler E. Baker, dated November 10, 2022, with attached exhibit, submitted therewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 78.1(b), this Motion shall be deemed uncontested and oral argument waived unless responding papers are timely filed in accordance with Local Civil Rule 7.1(d)(2).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of Order is submitted herewith.

Dated: November 10, 2022

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By:          */s/ Tyler E. Baker*
                     Tyler E. Baker
                     30 Rockefeller Plaza
                     New York, New York 10112-0015
                     Telephone: (212) 653.8700
                     Email: tbaker@sheppardmullin.com

                     *Attorneys for Plaintiff Sidewinder Films, LLC*

## CERTIFICATE OF SERVICE

I, TYLER E. BAKER, hereby declare that, on November 10, 2022, I caused a true and correct copy of **PLAINTIFF'S SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES IN CONNECTION WITH MOTION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT**, including all papers in support thereto and thereof, to be served on the last known address for Defendant's representative in this case, via Regular Mail and Certified Mail, Return Receipt Requested, and by Federal Express overnight service:

John Raisola
12 Telford Lane
Mt. Laurel, New Jersey 08054

I further declare subject to the penalty of perjury that the foregoing is true and correct.

Executed this 10th day of November, 2022.

*/s/ Tyler E. Baker*
Tyler E. Baker