# Exhibit 1

# AIPLA

# 2021

## Report of the Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual
Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org



# Report of the Economic Survey 2021

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Arlene Neal, Chair

September 2021

Prepared by:



10097 Tyler Court, Suite 3 ■ Ijamsville, Maryland 21754
TEL: (240) 268-1262 ■ ARI@associationresearch.com

AIPLA Report of the Economic Survey 2021

With proportions similar to the past two surveys, one-third of respondents (33.2%) reported that they practice in the Mid-Atlantic or New England area, including 14.3% in the Washington, DC, Consolidated Metropolitan Statistical Area (CMSA). The Central region represents 37.3% of all respondents, including 9.6% that are located in Texas. One-fifth are located in the West.

| LOCATION | | |
|---|---|---|
| METROPOLITAN AREAS | PERCENT | COUNT |
| Boston CMSA* | 4.2% | 31 |
| New York City CMSA* | 6.6% | 49 |
| Philadelphia CMSA* | 3.4% | 25 |
| Washington, DC CMSA* | 14.3% | 106 |
| Other East: Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, and West Virginia | 4.7% | 35 |
| Metro Southeast: Raleigh–Durham, Greensboro–Winston-Salem, and Charlotte, NC; Atlanta, GA; and Miami–Ft. Lauderdale–West Palm Beach, FL | 5.3% | 39 |
| Other Southeast: North Carolina, South Carolina, Georgia, and Florida | 4.2% | 31 |
| Chicago CMSA* | 4.3% | 32 |
| Minneapolis–St. Paul PMSA** | 6.5% | 48 |
| Other Central: Minnesota, North Dakota, South Dakota, Wisconsin, Michigan, Ohio, Indiana, Illinois, Iowa, Nebraska, Kansas, Missouri, Kentucky, Oklahoma, Arkansas, Louisiana, Mississippi, Alabama, and Tennessee | 16.9% | 125 |
| Texas | 9.6% | 71 |
| Los Angeles CMSA* | 2.7% | 20 |
| San Francisco CMSA* | 4.9% | 36 |
| Other West: Montana, Wyoming, Colorado, New Mexico, Idaho, Utah, Nevada, Arizona, Washington, Oregon, California, Alaska, and Hawaii | 12.4% | 92 |
| *CMSA: Consolidated Metropolitan Statistical Area– a metro area with a population of one million or more. **PMSA: Primary Metropolitan Statistical Area– a component of a CMSA. | | |

AIPLA Report of the Economic Survey 2021

## PRIVATE FIRM, PARTNER-TRACK[1]

- Of the 96 private firm, partner-track attorneys who participated in the 2021 survey, 57.3% reported that they hold a bachelor's degree as their highest degree held other than a law degree. This is lower than the 67.6% reported in 2019. A doctorate degree is held by 21.9% of respondents and 19.8% hold a master's.

- The average age of responding private firm, partner-track attorneys is 41.1, which is slightly older than reported in 2019 (40.6 years old). In comparison to this year's responding equity partners, however, they are considerably younger, as the partner respondents averaged 53.9 years old.

- Approximately three-quarters of partner track respondents in 2021 were male (75.8%) and White (76.3%), compared to 80.9% being male and 88.0% White in 2019. In 2021, 14.0% of partner-track respondents were Asian/Pacific Islander.

- The 2021 partner-track attorney respondents have an average of 9.7 years of IP attorney experience and 5.1 years of IP non-attorney experience. The average number of years of IP attorney experience is similar to what was reported in 2019 (9.8 years); however, they have more years of non-attorney IP experience than those who responded in 2019 (3.7 years).

- The average total gross income for private firm, partner track attorneys in 2020 was $236,495, while the median was $207,802. Compared to the gross income reported for 2018, the average and median values reported for 2020 are higher (average for 2018 was $224,352, and the median was $200,000).

- The 2020 gross income (mean or median) increases as the years of IP attorney experience increases, while those that hold a bachelor's degree as their highest degree, aside from a law degree, earn more than those that hold a master's or doctorate (averages: $250,401, $229,239, and $206,320, respectively). Male partner-track attorneys earn considerably more than females, where the average male 2020 gross income was $258,307 while the female 2020 gross income was $164,567.

- The average expected 2021 income for private firm, partner-track attorneys is $246,620, which is 4.3% higher than the actual reported for 2020. The median expected total income is $215,000—3.5% above the actual gross income reported on this year's survey.

---

[1] Private Firm, Partner-Track Attorney was a new title in 2019. Data is compared with Private Firm, Associate data from survey waves prior to 2019.

**Private Firm, Partner-Track Attorney**

## Average hourly billing rate in 2020 (Q33)

*Private Firm, Partner-Track Attorney*

| | | | | Average hourly billing rate in 2020 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 74 | $432 | $275 | $320 | $390 | $500 | $650 |
| Years of IP Law Attorney Experience | Fewer than 5 | 13 | $375 | $233 | $263 | $340 | $443 | $676 |
| | 5-6 | 6 | $338 | ISD | $267 | $308 | $421 | ISD |
| | 7-9 | 20 | $446 | $287 | $329 | $390 | $515 | $738 |
| | 10-14 | 19 | $490 | $300 | $320 | $425 | $550 | $950 |
| | 15-24 | 12 | $412 | $308 | $335 | $385 | $450 | $599 |
| Location | Boston CMSA | 6 | $540 | ISD | $366 | $508 | $728 | ISD |
| | NYC CMSA | 3 | $717 | ISD | ISD | $755 | ISD | ISD |
| | Philadelphia CMSA | 3 | $482 | ISD | ISD | $515 | ISD | ISD |
| | Washington, DC CMSA | 11 | $424 | $260 | $320 | $421 | $500 | $584 |
| | Other East | 4 | $325 | ISD | $284 | $320 | $371 | ISD |
| | Metro Southeast | 4 | $413 | ISD | $366 | $410 | $461 | ISD |
| | Other Southeast | 5 | $399 | ISD | $311 | $400 | $488 | ISD |
| | Minne.-St. Paul PMSA | 7 | $354 | ISD | $285 | $340 | $360 | ISD |
| | Other Central | 9 | $324 | ISD | $288 | $325 | $373 | ISD |
| | Texas | 6 | $486 | ISD | $354 | $450 | $593 | ISD |
| | San Francisco CMSA | 3 | $737 | ISD | ISD | $910 | ISD | ISD |
| | Other West | 10 | $376 | $227 | $267 | $350 | $508 | $547 |
| IP Technical Specialization (>=50%) | Chemical | 4 | $384 | ISD | $284 | $405 | $463 | ISD |
| | Computer Software | 13 | $419 | $240 | $315 | $450 | $503 | $624 |
| | Electrical | 7 | $458 | ISD | $300 | $365 | $595 | ISD |
| | Mechanical | 13 | $422 | $260 | $305 | $360 | $500 | $816 |
| | Pharmaceutical | 4 | $449 | ISD | $273 | $368 | $706 | ISD |
| Age | Younger than 35 | 13 | $381 | $243 | $263 | $325 | $450 | $684 |
| | 35-39 | 22 | $422 | $240 | $296 | $365 | $456 | $847 |
| | 40-44 | 14 | $546 | $358 | $399 | $488 | $653 | $905 |
| | 45-49 | 12 | $390 | $268 | $320 | $363 | $488 | $514 |
| | 50-54 | 6 | $414 | ISD | $330 | $405 | $511 | ISD |
| | 55-59 | 4 | $397 | ISD | $316 | $393 | $480 | ISD |
| Gender | Male | 57 | $450 | $289 | $335 | $400 | $513 | $711 |
| | Female | 16 | $373 | $218 | $256 | $330 | $414 | $641 |
| Highest Non-Law Degree | Bachelor's Degree | 41 | $433 | $275 | $309 | $395 | $500 | $724 |
| | Master's Degree | 15 | $428 | $247 | $310 | $377 | $510 | $784 |
| | Doctorate Degree | 17 | $434 | $290 | $333 | $400 | $515 | $638 |
| Ethnicity | White/Caucasian | 56 | $419 | $275 | $325 | $383 | $494 | $590 |
| | Black/African American | 3 | $497 | ISD | ISD | $400 | ISD | ISD |
| | Asian/Pacific Islander | 10 | $520 | $300 | $319 | $463 | $674 | $946 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 3 | $265 | ISD | ISD | $275 | ISD | ISD |
| | 3-5 | 5 | $377 | ISD | $293 | $375 | $463 | ISD |
| | 6-10 | 3 | $350 | ISD | ISD | $375 | ISD | ISD |
| | 11-25 | 20 | $377 | $254 | $305 | $364 | $444 | $510 |
| | 26-50 | 12 | $397 | $256 | $300 | $363 | $408 | $808 |
| | 51-100 | 14 | $496 | $275 | $355 | $483 | $546 | $863 |
| | 101-150 | 7 | $428 | ISD | $340 | $380 | $400 | ISD |
| | More than 150 | 7 | $640 | ISD | $500 | $585 | $810 | ISD |

**Average billing rate for IP work (Q31c)**

| | | Average billing rate for IP work | | | |
|---|---|---|---|---|---|
| | | Number of Firms Reporting | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Firms | | 134 | $435 | $350 | $400 | $495 |
| Number of Attorneys | One | 21 | $405 | $326 | $400 | $493 |
| | Two | 8 | $353 | $313 | $350 | $388 |
| | 3-5 | 21 | $414 | $351 | $390 | $441 |
| | 6-10 | 17 | $395 | $328 | $400 | $438 |
| | 11-30 | 25 | $392 | $337 | $383 | $430 |
| | 31-100 | 22 | $452 | $364 | $466 | $559 |
| | 101 or More | 19 | $601 | $450 | $529 | $740 |
| Location | Boston CMSA | 8 | $574 | $400 | $497 | $705 |
| | NYC CMSA | 11 | $474 | $400 | $457 | $575 |
| | Philadelphia CMSA | 6 | $491 | $354 | $465 | $664 |
| | Washington, DC CMSA | 19 | $440 | $390 | $400 | $450 |
| | Other East | 5 | $354 | $305 | $350 | $405 |
| | Metro Southeast | 6 | $395 | $332 | $361 | $434 |
| | Other Southeast | 3 | $473 | ISD | $425 | ISD |
| | Chicago CMSA | 9 | $452 | $395 | $490 | $508 |
| | Minne.-St. Paul PMSA | 7 | $415 | $328 | $384 | $503 |
| | Other Central | 19 | $362 | $300 | $353 | $400 |
| | Texas | 9 | $447 | $363 | $431 | $538 |
| | Los Angeles CMSA | 5 | $441 | $365 | $450 | $513 |
| | San Francisco CMSA | 5 | $633 | $431 | $500 | $900 |
| | Other West | 19 | $366 | $310 | $350 | $425 |