# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| SIDEWINDER FILMS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIDEWINDER FILMS, LLC,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>Case No. 19-13992-NLH-AMD<br><br>**[PROPOSED] ORDER** |

　　This matter having been brought before the Court on Motion by attorney(s) for Plaintiff Sidewinder Films, LLC ("Plaintiff") for an Order for an award of attorneys' fees pursuant to Fed. R. Civ. P. 54(d)(2), Local Civil Rule 54.2, and 15 U.S.C. § 1117 against Defendant Sidewinder Films, LLC ("Defendant") with a return date of _____, and the Court having considered the matter;

　　It is on this _____ day of _____, 2022,

　　**ORDERED, ADJUDGED, and DECREED** that Plaintiff is hereby awarded attorneys' fees in the amount of $_____; and

　　**IT IS FURTHER ORDERED** that the Defendant (or its representative) be served with a copy of this Order within seven (7) days of the date hereof.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Noel L. Hillman, U.S.D.J.